MD JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CV 08-01854-JSL |
| Plaintiff, ) | **Judgment** |
| v. ) | |
| SHEIKH FARID, ) a.k.a.: FARID SHEIKH, ) HAQ FARID, ) | Hon. J. Spencer Letts United States District Judge |
| Defendant. ) | |

The Court, having considered all written submissions and arguments of the parties, grants the Motion for Summary Judgment brought by Plaintiff United States of America. Accordingly, the Court hereby orders the Clerk to enter Judgment in favor of Plaintiff United States of America.

DATED: Jan 15, 2010

_____
HONORABLE J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE