**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV 08-1854-JSL (SS) |
| Plaintiff, | ) | |
| | ) | ORDER TO SHOW CAUSE |
| v. | ) | |
| SHEIKH FARID, | ) | |
| a.k.a., Farid Sheikh, | ) | |
| a.k.a., Haq Farid. | ) | |
| Defendant. | ) | |

On the Court's own motion, IT IS HEREBY ORDERED that Defendant Sheikh Farid SHOW CAUSE IN WRITING, no later than August 20, 2011, why Defendant has not complied with the Court's orders dated January 15, 2010, and April 26, 2010. Failure to comply may result in possible sanctions.

**IT IS SO ORDERED.**

DATED: July 19, 2011

_____
J. Spencer Letts
United States District Judge